SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:10-cv-03045-MCE-KJN** |
| Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Michael F. Hyatt, et al, | |
| Defendants | |

IT IS HEREBY ORDERED THAT this action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk is directed to close the file.

Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE

CIV: S-10-cv-03045-MCE-KJN - 1